## The GIANT Company

Giant Food Store, LLC
PO Box 249
Carlisle, PA 17013
1-800-843-5343

CHECK NO: See
myadp.com
CHECK DATE: 08/12/2022
PERIOD START DATE: 07/31/2022
PERIOD END DATE: 08/06/2022

| | FED | STATE |
|---|---|---|
| TAX FILING STATUS: | S | S |
| EXEMPTIONS: | 0 | 0 |
| TAX ADJ: | 0.00 | 0.00 |

TRACY MACK
783 EDGEHILL ROAD
GLENSIDE, PA 19038

GLOBAL ID: AA01180605
HOURLY: 13.3500

### PTO BALANCES - *Refer to accrual rules in PTO policy

| VACATION TIME AVAILABLE : 0.00 HOURS | SICK TIME AVAILABLE: N/A | PERSONAL TIME AVAILABLE: 0.00 HOURS |
|---|---|---|

### IMPORTANT MESSAGE

ARE YOU AWARE OF A LEGAL, REGULATORY, ETHICAL OR POLICY VIOLATION?
IF SO NOTIFY YOUR MGR, OR CONTACT THE SPEAK-UP-LINE@1-888-866-9203.

### HOURS AND EARNINGS

| LOC1 | JOB CODE | DEPT | DESCRIPTION | HOURS | RATE | GROSS | Y-T-D GROSS |
|---|---|---|---|---|---|---|---|
| | | | REGULAR PAY | 29.25 | 12.85 | 375.87 | 6,188.96 |
| | | | SUN STRAIGHT | 5.75 | 12.85 | 73.89 | 1,246.09 |
| | | | P/TIME PREMIUM | 0.00 | 12.85 | 1.50 | 6.88 |
| | | | HOLIDAY OT | 0.00 | 0.00 | 0.00 | 63.14 |
| | | | HOL PREM 1.5 | 0.00 | 1.50 | 0.00 | 20.63 |
| | | | HOL STRAIGHT | 0.00 | 0.00 | 0.00 | 132.83 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FICA-OASDI | 27.98 | 474.83 |
| FEDERAL W/H TAX | 20.31 | 240.08 |
| FICA-HI | 6.54 | 111.05 |
| PENNSYLVANIA | 13.85 | 235.13 |
| PA UNEMPLOYMENT | 0.28 | 4.60 |
| ABINGTON TWP MG | 4.51 | 76.59 |
| TOTAL TAX | 73.47 | 1,142.28 |

### MISC. DEDUCTIONS

| | AMOUNT | Y-T-D |
|---|---|---|
| GARNISH -WAGE | 45.13 | 45.13 |
| OPT/LST TAX | 0.00 | 10.00 |

| TOTAL HOURS & EARNINGS | 35.00 | 451.26 | 7,658.53 |
|---|---|---|---|

### PRE-TAX DEDUCTIONS
ITEMS BELOW DEDUCTED BEFORE FEDERAL TAXES MAY STILL BE SUBJECT TO STATE/LOCAL TAXES

| TOTAL PRE-TAX DEDUCTIONS | 0.00 | 0.00 |
|---|---|---|

| TOTAL MISC. DEDUCTIONS | 45.13 | 55.13 |
|---|---|---|

### FEDERAL TAXABLE INCOME

| | 451.26 | 7658.53 |
|---|---|---|

### 401K COMPANY MATCH

| | 0.00 | 0.00 |
|---|---|---|

| | GROSS | Pre-TAX DED | TAXES & DED | MISC DED | NET PAY | CURRENT NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 451.26 | 0.00 | 73.47 | 45.13 | 332.66 | 332.66 |
| Y-T-D | 7,658.53 | 0.00 | 1,142.28 | 55.13 | 6,461.12 | |

**The GIANT Company**

Giant Food Store, LLC
PO Box 249
Carlisle, PA 17013
1-800-843-5343

CHECK NO: See
myadp.com
CHECK DATE: 08/19/2022
PERIOD START DATE: 08/07/2022
PERIOD END DATE: 08/13/2022

TRACY MACK
783 EDGEHILL ROAD
GLENSIDE, PA 19038

GLOBAL ID: AA01180605
HOURLY: 13.3500

|  | FED | STATE |
|---|---|---|
| TAX FILING STATUS: | S | S |
| EXEMPTIONS: | 0 | 0 |
| TAX ADJ: | 0.00 | 0.00 |

## PTO BALANCES - *Refer to accrual rules in PTO policy

| VACATION TIME AVAILABLE : 0.00 HOURS | SICK TIME AVAILABLE: N/A | PERSONAL TIME AVAILABLE: 0.00 HOURS |
|---|---|---|

## IMPORTANT MESSAGE

ARE YOU AWARE OF A LEGAL, REGULATORY, ETHICAL OR POLICY VIOLATION?
IF SO NOTIFY YOUR MGR, OR CONTACT THE SPEAK-UP-LINE@1-888-866-9203.

## HOURS AND EARNINGS

| LOC | JOB CODE | DEPT | DESCRIPTION | HOURS | RATE | GROSS | Y-T-D GROSS |
|---|---|---|---|---|---|---|---|
|  |  |  | REGULAR PAY | 26.25 | 12.85 | 337.31 | 6,526.27 |
|  |  |  | SUN STRAIGHT | 8.25 | 12.85 | 106.01 | 1,352.10 |
|  |  |  | P/TIME PREMIUM | 0.00 | 12.85 | 1.25 | 8.13 |
|  |  |  | HOLIDAY OT | 0.00 | 0.00 | 0.00 | 63.14 |
|  |  |  | HOL PREM 1.5 | 0.00 | 1.50 | 0.00 | 20.63 |
|  |  |  | HOL STRAIGHT | 0.00 | 0.00 | 0.00 | 132.83 |

TOTAL HOURS & EARNINGS 34.50 444.57 8,103.10

## TAXES AND DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FICA-OASDI | 27.56 | 502.39 |
| FEDERAL W/H TAX | 19.55 | 259.63 |
| FICA-HI | 6.44 | 117.49 |
| PENNSYLVANIA | 13.65 | 248.78 |
| PA UNEMPLOYMENT | 0.26 | 4.86 |
| ABINGTON TWP MG | 4.45 | 81.04 |
| TOTAL TAX | 71.91 | 1,214.19 |

### MISC. DEDUCTIONS

| GARNISH -WAGE | 44.46 | 89.59 |
|---|---|---|
| OPT/LST TAX | 0.00 | 10.00 |
| TOTAL MISC. DEDUCTIONS | 44.46 | 99.59 |

## PRE-TAX DEDUCTIONS
ITEMS BELOW DEDUCTED BEFORE FEDERAL TAXES MAY STILL BE SUBJECT TO STATE/LOCAL TAXES

TOTAL PRE-TAX DEDUCTIONS 0.00 0.00

## FEDERAL TAXABLE INCOME
444.57 8103.1

## 401K COMPANY MATCH
0.00 0.00

|  | GROSS | Pre-TAX DED | TAXES & DED | MISC DED | NET PAY | CURRENT NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 444.57 | 0.00 | 71.91 | 44.46 | 328.20 | 328.20 |
| Y-T-D | 8,103.10 | 0.00 | 1,214.19 | 99.59 | 6,789.32 | |

https://ws1.aholdusa.com/jhrisp/cfappldata/aex/paystub.html?Y2hlY2tEYXRlPTA4LzE5LzIwMjImY2hlY2tOdW09MzY2MDIxMTI= 1/1



Giant Food Store, LLC
PO Box 249
Carlisle, PA 17013
1-800-843-5343

CHECK NO: See
myadp.com
CHECK DATE:   08/26/2022
PERIOD START DATE:   08/14/2022
PERIOD END DATE:   08/20/2022

|  | FED | STATE |
|---|---|---|
| TRACY MACK | | |
| 783 EDGEHILL ROAD    GLOBAL ID: AA01180605 | TAX FILING STATUS: S | S |
| GLENSIDE, PA 19038    HOURLY: 13.3500 | EXEMPTIONS: 0 | 0 |
|  | TAX ADJ: 0.00 | 0.00 |

## PTO BALANCES - *Refer to accrual rules in PTO policy

| VACATION TIME AVAILABLE : 0.00 HOURS | SICK TIME AVAILABLE: N/A | PERSONAL TIME AVAILABLE: 0.00 HOURS |
|---|---|---|

## IMPORTANT MESSAGE

ARE YOU AWARE OF A LEGAL, REGULATORY, ETHICAL OR POLICY VIOLATION?
IF SO NOTIFY YOUR MGR, OR CONTACT THE SPEAK-UP-LINE@1-888-866-9203.

### HOURS AND EARNINGS

| LOC1 | JOB CODE | DEPT | DESCRIPTION | HOURS | RATE | GROSS | Y-T-D GROSS |
|---|---|---|---|---|---|---|---|
| | | | REGULAR PAY | 36.00 | 13.35 | 480.60 | 7,006.87 |
| | | | OVERTIME | 0.25 | 13.35 | 5.02 | 5.02 |
| | | | SUN STRAIGHT | 4.00 | 13.35 | 53.40 | 1,405.50 |
| | | | P/TIME PREMIUM | 0.00 | 13.35 | 4.00 | 12.13 |
| | | | HOLIDAY OT | 0.00 | 0.00 | 0.00 | 63.14 |
| | | | HOL PREM 1.5 | 0.00 | 1.50 | 0.00 | 20.63 |
| | | | HOL STRAIGHT | 0.00 | 0.00 | 0.00 | 132.83 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FICA-OASDI | 33.67 | 536.06 |
| FEDERAL W/H TAX | 31.33 | 290.96 |
| FICA-HI | 7.88 | 125.37 |
| PENNSYLVANIA | 16.67 | 265.45 |
| PA UNEMPLOYMENT | 0.33 | 5.19 |
| ABINGTON TWP MG | 5.43 | 86.47 |
| **TOTAL TAX** | **95.31** | **1,309.50** |

#### MISC. DEDUCTIONS

| | AMOUNT | Y-T-D |
|---|---|---|
| GARNISH -WAGE | 54.30 | 143.89 |
| OPT/LST TAX | 0.00 | 10.00 |

| TOTAL HOURS & EARNINGS | 40.25 | 543.02 | 8,646.12 |
|---|---|---|---|

#### PRE-TAX DEDUCTIONS
ITEMS BELOW DEDUCTED BEFORE FEDERAL TAXES MAY STILL BE SUBJECT TO STATE/LOCAL TAXES

| TOTAL PRE-TAX DEDUCTIONS | 0.00 | 0.00 |
|---|---|---|

#### FEDERAL TAXABLE INCOME

| | 543.02 | 8646.12 |
|---|---|---|

#### 401K COMPANY MATCH

| | 0.00 | 0.00 |
|---|---|---|

| TOTAL MISC. DEDUCTIONS | 54.30 | 153.89 |
|---|---|---|

| | GROSS | Pre-TAX DED | TAXES & DED | MISC DED | NET PAY | CURRENT NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 543.02 | 0.00 | 95.31 | 54.30 | 393.41 | **393.41** |
| Y-T-D | 8,646.12 | 0.00 | 1,309.50 | 153.89 | 7,182.73 | |



**The GIANT Company**

Giant Food Store, LLC
PO Box 249
Carlisle, PA 17013
1-800-843-5343

CHECK NO: See
myadp.com
CHECK DATE: 09/02/2022
PERIOD START DATE: 08/21/2022
PERIOD END DATE: 08/27/2022

TRACY MACK
783 EDGEHILL ROAD
GLENSIDE, PA 19038

GLOBAL ID: AA01180605
HOURLY: 13.3500

|  | FED | STATE |
|---|---|---|
| TAX FILING STATUS: | S | S |
| EXEMPTIONS: | 0 | 0 |
| TAX ADJ: | 0.00 | 0.00 |

## PTO BALANCES - *Refer to accrual rules in PTO policy

| VACATION TIME AVAILABLE : 0.00 HOURS | SICK TIME AVAILABLE: N/A | PERSONAL TIME AVAILABLE: 0.00 HOURS |
|---|---|---|

## IMPORTANT MESSAGE

ARE YOU AWARE OF A LEGAL, REGULATORY, ETHICAL OR POLICY VIOLATION?
IF SO NOTIFY YOUR MGR, OR CONTACT THE SPEAK-UP-LINE@1-888-866-9203.

## HOURS AND EARNINGS

| LOC1 | JOB CODE | DEPT | DESCRIPTION | HOURS | RATE | GROSS | Y-T-D GROSS |
|---|---|---|---|---|---|---|---|
|  |  |  | REGULAR PAY | 18.25 | 13.35 | 243.64 | 7,250.51 |
|  |  |  | OVERTIME | 0.00 | 0.00 | 0.00 | 5.02 |
|  |  |  | SUN STRAIGHT | 6.00 | 13.35 | 80.10 | 1,485.60 |
|  |  |  | RETRO | 0.00 | 13.35 | 17.25 | 17.25 |
|  |  |  | HOLIDAY OT | 0.00 | 0.00 | 0.00 | 63.14 |
|  |  |  | HOL PREM 1.5 | 0.00 | 1.50 | 0.00 | 20.63 |
|  |  |  | P/TIME PREMIUM | 0.00 | 0.00 | 0.00 | 12.13 |
|  |  |  | HOL STRAIGHT | 0.00 | 0.00 | 0.00 | 132.83 |

## TAXES AND DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FICA-OASDI | 21.14 | 557.20 |
| FEDERAL W/H TAX | 9.20 | 300.16 |
| FICA-HI | 4.94 | 130.31 |
| PENNSYLVANIA | 10.47 | 275.92 |
| PA UNEMPLOYMENT | 0.20 | 5.39 |
| ABINGTON TWP MG | 3.41 | 89.88 |
| TOTAL TAX | 49.36 | 1,358.86 |

### MISC. DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| GARNISH -WAGE | 34.10 | 177.99 |
| OPT/LST TAX | 0.00 | 10.00 |

| TOTAL HOURS & EARNINGS | 24.25 | 340.99 | 8,987.11 |
|---|---|---|---|

## PRE-TAX DEDUCTIONS

ITEMS BELOW DEDUCTED BEFORE FEDERAL TAXES MAY STILL BE SUBJECT TO STATE/LOCAL TAXES

| TOTAL PRE-TAX DEDUCTIONS | 0.00 | 0.00 |
|---|---|---|

## FEDERAL TAXABLE INCOME

| | 340.99 | 8987.11 |
|---|---|---|

| TOTAL MISC. DEDUCTIONS | 34.10 | 187.99 |
|---|---|---|

## 401K COMPANY MATCH

| | 0.00 | 0.00 |
|---|---|---|

|  | GROSS | Pre-TAX DED | TAXES & DED | MISC DED | NET PAY | CURRENT NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 340.99 | 0.00 | 49.36 | 34.10 | 257.53 | **257.53** |
| Y-T-D | 8,987.11 | 0.00 | 1,358.86 | 187.99 | 7,440.26 |  |

# The GIANT Company

Giant Food Store, LLC
PO Box 249
Carlisle, PA 17013
1-800-843-5343

CHECK NO: See
myadp.com
CHECK DATE: 09/09/2022
PERIOD START DATE: 08/28/2022
PERIOD END DATE: 09/03/2022

TRACY MACK
783 EDGEHILL ROAD
GLENSIDE, PA 19038

GLOBAL ID: AA01180605
HOURLY: 13.3500

|  | FED | STATE |
|---|---|---|
| TAX FILING STATUS: | S | S |
| EXEMPTIONS: | 0 | 0 |
| TAX ADJ: | 0.00 | 0.00 |

## PTO BALANCES - *Refer to accrual rules in PTO policy

| VACATION TIME AVAILABLE : 0.00 HOURS | SICK TIME AVAILABLE: N/A | PERSONAL TIME AVAILABLE: 0.00 HOURS |
|---|---|---|

## IMPORTANT MESSAGE

ARE YOU AWARE OF A LEGAL, REGULATORY, ETHICAL OR POLICY VIOLATION?
IF SO NOTIFY YOUR MGR, OR CONTACT THE SPEAK-UP-LINE@1-888-866-9203.

### HOURS AND EARNINGS

| LOC1 | JOB CODE | DEPT | DESCRIPTION | HOURS | RATE | GROSS | Y-T-D GROSS |
|---|---|---|---|---|---|---|---|
|  |  |  | REGULAR PAY | 17.75 | 13.35 | 236.96 | 7,487.47 |
|  |  |  | OVERTIME | 0.00 | 0.00 | 0.00 | 5.02 |
|  |  |  | SUN STRAIGHT | 6.00 | 13.35 | 80.10 | 1,565.70 |
|  |  |  | RETRO | 0.00 | 0.00 | 0.00 | 17.25 |
|  |  |  | HOLIDAY OT | 0.00 | 0.00 | 0.00 | 63.14 |
|  |  |  | HOL PREM 1.5 | 0.00 | 1.50 | 0.00 | 20.63 |
|  |  |  | P/TIME PREMIUM | 0.00 | 0.00 | 0.00 | 12.13 |
|  |  |  | HOL STRAIGHT | 0.00 | 0.00 | 0.00 | 132.83 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FICA-OASDI | 19.66 | 576.86 |
| FEDERAL W/H TAX | 6.80 | 306.96 |
| FICA-HI | 4.60 | 134.91 |
| PENNSYLVANIA | 9.73 | 285.65 |
| PA UNEMPLOYMENT | 0.19 | 5.58 |
| ABINGTON TWP MG | 3.17 | 93.05 |
| TOTAL TAX | 44.15 | 1,403.01 |

### MISC. DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| GARNISH -WAGE | 31.71 | 209.70 |
| OPT/LST TAX | 0.00 | 10.00 |
| TOTAL MISC. DEDUCTIONS | 31.71 | 219.70 |

| TOTAL HOURS & EARNINGS | 23.75 |  | 317.06 | 9,304.17 |
|---|---|---|---|---|

### PRE-TAX DEDUCTIONS
ITEMS BELOW DEDUCTED BEFORE FEDERAL TAXES MAY STILL BE SUBJECT TO STATE/LOCAL TAXES

| TOTAL PRE-TAX DEDUCTIONS |  |  | 0.00 | 0.00 |
|---|---|---|---|---|

### FEDERAL TAXABLE INCOME

|  |  |  | 317.06 | 9304.17 |
|---|---|---|---|---|

### 401K COMPANY MATCH

|  |  |  | 0.00 | 0.00 |
|---|---|---|---|---|

|  | GROSS | Pre-TAX DED | TAXES & DED | MISC DED | NET PAY | CURRENT NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 317.06 | 0.00 | 44.15 | 31.71 | 241.20 | 241.20 |
| Y-T-D | 9,304.17 | 0.00 | 1,403.01 | 219.70 | 7,681.46 |  |

# The GIANT Company

Giant Food Store, LLC
PO Box 249
Carlisle, PA 17013
1-800-843-5343

CHECK NO: See
myadp.com
CHECK DATE: 09/16/2022
PERIOD START DATE: 09/04/2022
PERIOD END DATE: 09/10/2022

|  | FED | STATE |
|---|---|---|
| TAX FILING STATUS: | S | S |
| EXEMPTIONS: | 0 | 0 |
| TAX ADJ: | 0.00 | 0.00 |

TRACY MACK
783 EDGEHILL ROAD
GLENSIDE, PA 19038

GLOBAL ID: AA01180605
HOURLY: 13.3500

## PTO BALANCES - *Refer to accrual rules in PTO policy

| VACATION TIME AVAILABLE : 0.00 HOURS | SICK TIME AVAILABLE: N/A | PERSONAL TIME AVAILABLE: 0.00 HOURS |
|---|---|---|

## IMPORTANT MESSAGE

ARE YOU AWARE OF A LEGAL, REGULATORY, ETHICAL OR POLICY VIOLATION?
IF SO NOTIFY YOUR MGR, OR CONTACT THE SPEAK-UP-LINE@1-888-866-9203.

## HOURS AND EARNINGS

| LOC1 | JOB CODE | DEPT | DESCRIPTION | HOURS | RATE | GROSS | Y-T-D GROSS |
|---|---|---|---|---|---|---|---|
|  |  |  | REGULAR PAY | 10.25 | 13.35 | 136.84 | 7,624.31 |
|  |  |  | OVERTIME | 0.00 | 0.00 | 0.00 | 5.02 |
|  |  |  | SUN STRAIGHT | 7.75 | 13.35 | 103.46 | 1,669.16 |
|  |  |  | RETRO | 0.00 | 0.00 | 0.00 | 17.25 |
|  |  |  | HOLIDAY OT | 0.00 | 0.00 | 0.00 | 63.14 |
|  |  |  | HOL PREM 1.5 | 7.50 | 13.35 | 11.25 | 31.88 |
|  |  |  | P/TIME PREMIUM | 0.00 | 0.00 | 0.00 | 12.13 |
|  |  |  | HOL STRAIGHT | 7.50 | 13.35 | 100.13 | 232.96 |

## TAXES AND DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FICA-OASDI | 21.80 | 598.66 |
| FEDERAL W/H TAX | 10.26 | 317.22 |
| FICA-HI | 5.10 | 140.01 |
| PENNSYLVANIA | 10.80 | 296.45 |
| PA UNEMPLOYMENT | 0.21 | 5.79 |
| ABINGTON TWP MG | 3.52 | 96.57 |
| **TOTAL TAX** | **51.69** | **1,454.70** |

### MISC. DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| GARNISH -WAGE | 35.17 | 244.87 |
| OPT/LST TAX | 0.00 | 10.00 |

| TOTAL HOURS & EARNINGS | 25.50 |  | 351.68 | 9,655.85 |
|---|---|---|---|---|

## PRE-TAX DEDUCTIONS

ITEMS BELOW DEDUCTED BEFORE FEDERAL TAXES MAY STILL BE SUBJECT TO STATE/LOCAL TAXES

| TOTAL PRE-TAX DEDUCTIONS |  |  | 0.00 | 0.00 |
|---|---|---|---|---|

| TOTAL MISC. DEDUCTIONS | 35.17 | 254.87 |
|---|---|---|

## FEDERAL TAXABLE INCOME

|  |  |  | 351.68 | 9655.85 |
|---|---|---|---|---|

## 401K COMPANY MATCH

|  |  |  | 0.00 | 0.00 |
|---|---|---|---|---|

|  | GROSS | Pre-TAX DED | TAXES & DED | MISC DED | NET PAY | CURRENT NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 351.68 | 0.00 | 51.69 | 35.17 | 264.82 | **264.82** |
| Y-T-D | 9,655.85 | 0.00 | 1,454.70 | 254.87 | 7,946.28 |  |

# The GIANT Company

Giant Food Store, LLC
PO Box 249
Carlisle, PA 17013
1-800-843-5343

CHECK NO: See
myadp.com
CHECK DATE:    09/16/2022
PERIOD START DATE:    09/04/2022
PERIOD END DATE:    09/10/2022

TRACY MACK
783 EDGEHILL ROAD
GLENSIDE, PA 19038

GLOBAL ID: AA01180605
HOURLY: 13.3500

|  | FED | STATE |
|---|---|---|
| TAX FILING STATUS: | S | S |
| EXEMPTIONS: | 0 | 0 |
| TAX ADJ: | 0.00 | 0.00 |

## PTO BALANCES - *Refer to accrual rules in PTO policy

| VACATION TIME AVAILABLE : 0.00 HOURS | SICK TIME AVAILABLE: N/A | PERSONAL TIME AVAILABLE: 0.00 HOURS |
|---|---|---|

## IMPORTANT MESSAGE

ARE YOU AWARE OF A LEGAL, REGULATORY, ETHICAL OR POLICY VIOLATION?
IF SO NOTIFY YOUR MGR, OR CONTACT THE SPEAK-UP-LINE@1-888-866-9203.

## HOURS AND EARNINGS

| LOC1 | JOB CODE | DEPT | DESCRIPTION | HOURS | RATE | GROSS | Y-T-D GROSS |
|---|---|---|---|---|---|---|---|
|  |  |  | REGULAR PAY | 10.25 | 13.35 | 136.84 | 7,624.31 |
|  |  |  | OVERTIME | 0.00 | 0.00 | 0.00 | 5.02 |
|  |  |  | SUN STRAIGHT | 7.75 | 13.35 | 103.46 | 1,669.16 |
|  |  |  | RETRO | 0.00 | 0.00 | 0.00 | 17.25 |
|  |  |  | HOLIDAY OT | 0.00 | 0.00 | 0.00 | 63.14 |
|  |  |  | HOL PREM 1.5 | 7.50 | 13.35 | 11.25 | 31.88 |
|  |  |  | P/TIME PREMIUM | 0.00 | 0.00 | 0.00 | 12.13 |
|  |  |  | HOL STRAIGHT | 7.50 | 13.35 | 100.13 | 232.96 |

## TAXES AND DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FICA-OASDI | 21.80 | 598.66 |
| FEDERAL W/H TAX | 10.26 | 317.22 |
| FICA-HI | 5.10 | 140.01 |
| PENNSYLVANIA | 10.80 | 296.45 |
| PA UNEMPLOYMENT | 0.21 | 5.79 |
| ABINGTON TWP MG | 3.52 | 96.57 |
| TOTAL TAX | 51.69 | 1,454.70 |

### MISC. DEDUCTIONS

| | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| GARNISH -WAGE | 35.17 | 244.87 |
| OPT/LST TAX | 0.00 | 10.00 |

| TOTAL HOURS & EARNINGS | 25.50 | 351.68 | 9,655.85 |
|---|---|---|---|

## PRE-TAX DEDUCTIONS
ITEMS BELOW DEDUCTED BEFORE FEDERAL TAXES MAY STILL BE SUBJECT TO STATE/LOCAL TAXES

| TOTAL PRE-TAX DEDUCTIONS | 0.00 | 0.00 |
|---|---|---|

## FEDERAL TAXABLE INCOME

| | 351.68 | 9655.85 |
|---|---|---|

## 401K COMPANY MATCH

| | 0.00 | 0.00 |
|---|---|---|

| TOTAL MISC. DEDUCTIONS | 35.17 | 254.87 |
|---|---|---|

| | GROSS | Pre-TAX DED | TAXES & DED | MISC DED | NET PAY | CURRENT NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 351.68 | 0.00 | 51.69 | 35.17 | 264.82 | 264.82 |
| Y-T-D | 9,655.85 | 0.00 | 1,454.70 | 254.87 | 7,946.28 | |

# The GIANT Company

Giant Food Store, LLC
PO Box 249
Carlisle, PA 17013
1-800-843-5343

CHECK NO: See
myadp.com
CHECK DATE:   09/23/2022
PERIOD START DATE:   09/11/2022
PERIOD END DATE:   09/17/2022

TRACY MACK
783 EDGEHILL ROAD
GLENSIDE, PA 19038

GLOBAL ID: AA01180605
HOURLY: 13.3500

|  | FED | STATE |
|---|---|---|
| TAX FILING STATUS: | S | S |
| EXEMPTIONS: | 0 | 0 |
| TAX ADJ: | 0.00 | 0.00 |

## PTO BALANCES - *Refer to accrual rules in PTO policy

| VACATION TIME AVAILABLE : 0.00 HOURS | SICK TIME AVAILABLE: N/A | PERSONAL TIME AVAILABLE: 0.00 HOURS |
|---|---|---|

## IMPORTANT MESSAGE

ARE YOU AWARE OF A LEGAL, REGULATORY, ETHICAL OR POLICY VIOLATION?
IF SO NOTIFY YOUR MGR, OR CONTACT THE SPEAK-UP-LINE@1-888-866-9203.

## HOURS AND EARNINGS

| LOC1 | JOB CODE | DEPT | DESCRIPTION | HOURS | RATE | GROSS | Y-T-D GROSS |
|---|---|---|---|---|---|---|---|
|  |  |  | REGULAR PAY | 10.00 | 13.35 | 133.50 | 7,757.81 |
|  |  |  | OVERTIME | 0.00 | 0.00 | 0.00 | 5.02 |
|  |  |  | SUN STRAIGHT | 6.50 | 13.35 | 86.78 | 1,755.94 |
|  |  |  | RETRO | 0.00 | 0.00 | 0.00 | 17.25 |
|  |  |  | HOLIDAY OT | 0.00 | 0.00 | 0.00 | 63.14 |
|  |  |  | HOL PREM 1.5 | 0.00 | 1.50 | 0.00 | 31.88 |
|  |  |  | P/TIME PREMIUM | 0.00 | 0.00 | 0.00 | 12.13 |
|  |  |  | HOL STRAIGHT | 0.00 | 0.00 | 0.00 | 232.96 |

## TAXES AND DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FICA-OASDI | 13.66 | 612.32 |
| FEDERAL W/H TAX | 0.00 | 317.22 |
| FICA-HI | 3.19 | 143.20 |
| PENNSYLVANIA | 6.76 | 303.21 |
| PA UNEMPLOYMENT | 0.14 | 5.93 |
| ABINGTON TWP MG | 2.20 | 98.77 |
| TOTAL TAX | 25.95 | 1,480.65 |

### MISC. DEDUCTIONS

| | AMOUNT | Y-T-D |
|---|---|---|
| GARNISH -WAGE | 22.03 | 266.90 |
| OPT/LST TAX | 0.00 | 10.00 |

| TOTAL HOURS & EARNINGS | 16.50 | 220.28 | 9,876.13 |
|---|---|---|---|

## PRE-TAX DEDUCTIONS

ITEMS BELOW DEDUCTED BEFORE FEDERAL TAXES MAY STILL BE SUBJECT TO STATE/LOCAL TAXES

| TOTAL PRE-TAX DEDUCTIONS | 0.00 | 0.00 |
|---|---|---|

## FEDERAL TAXABLE INCOME

| | 220.28 | 9876.13 |
|---|---|---|

## 401K COMPANY MATCH

| | 0.00 | 0.00 |
|---|---|---|

| TOTAL MISC. DEDUCTIONS | 22.03 | 276.90 |
|---|---|---|

| | GROSS | Pre-TAX DED | TAXES & DED | MISC DED | NET PAY | CURRENT NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 220.28 | 0.00 | 25.95 | 22.03 | 172.30 | 172.30 |
| Y-T-D | 9,876.13 | 0.00 | 1,480.65 | 276.90 | 8,118.58 | |

# The GIANT Company

Giant Food Store, LLC
PO Box 249
Carlisle, PA 17013
1-800-843-5343

CHECK NO: See
myadp.com
CHECK DATE:   09/30/2022
PERIOD START DATE:   09/18/2022
PERIOD END DATE:   09/24/2022

| | FED | STATE |
|---|---|---|
| TRACY MACK | | |
| 783 EDGEHILL ROAD | GLOBAL ID: AA01180605 | |
| GLENSIDE, PA 19038 | HOURLY: 13.3500 | |

| | FED | STATE |
|---|---|---|
| TAX FILING STATUS: | S | S |
| EXEMPTIONS: | 0 | 0 |
| TAX ADJ: | 0.00 | 0.00 |

## PTO BALANCES - *Refer to accrual rules in PTO policy

| VACATION TIME AVAILABLE : 0.00 HOURS | SICK TIME AVAILABLE: N/A | PERSONAL TIME AVAILABLE: 0.00 HOURS |
|---|---|---|

## IMPORTANT MESSAGE

ARE YOU AWARE OF A LEGAL, REGULATORY, ETHICAL OR POLICY VIOLATION?
IF SO NOTIFY YOUR MGR, OR CONTACT THE SPEAK-UP-LINE@1-888-866-9203.

## HOURS AND EARNINGS

| LOC1 | JOB CODE | DEPT | DESCRIPTION | HOURS | RATE | GROSS | Y-T-D GROSS |
|---|---|---|---|---|---|---|---|
| | | | REGULAR PAY | 15.50 | 13.35 | 206.93 | 7,964.74 |
| | | | OVERTIME | 0.00 | 0.00 | 0.00 | 5.02 |
| | | | SUN STRAIGHT | 9.00 | 13.35 | 120.15 | 1,876.09 |
| | | | RETRO | 0.00 | 0.00 | 0.00 | 17.25 |
| | | | HOLIDAY OT | 0.00 | 0.00 | 0.00 | 63.14 |
| | | | HOL PREM 1.5 | 0.00 | 1.50 | 0.00 | 31.88 |
| | | | P/TIME PREMIUM | 0.00 | 0.00 | 0.00 | 12.13 |
| | | | HOL STRAIGHT | 0.00 | 0.00 | 0.00 | 232.96 |

## TAXES AND DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FICA-OASDI | 20.28 | 632.60 |
| FEDERAL W/H TAX | 7.80 | 325.02 |
| FICA-HI | 4.75 | 147.95 |
| PENNSYLVANIA | 10.04 | 313.25 |
| PA UNEMPLOYMENT | 0.19 | 6.12 |
| ABINGTON TWP MG | 3.27 | 102.04 |
| TOTAL TAX | 46.33 | 1,526.98 |

### MISC. DEDUCTIONS

| | AMOUNT | Y-T-D |
|---|---|---|
| GARNISH -WAGE | 32.71 | 299.61 |
| OPT/LST TAX | 0.00 | 10.00 |

| TOTAL HOURS & EARNINGS | 24.50 | 327.08 | 10,203.21 |
|---|---|---|---|

## PRE-TAX DEDUCTIONS

ITEMS BELOW DEDUCTED BEFORE FEDERAL TAXES MAY STILL BE SUBJECT TO STATE/LOCAL TAXES

| TOTAL PRE-TAX DEDUCTIONS | 0.00 | 0.00 |
|---|---|---|

## FEDERAL TAXABLE INCOME

| | 327.08 | 10203.21 |
|---|---|---|

## 401K COMPANY MATCH

| | 0.00 | 0.00 |
|---|---|---|

| TOTAL MISC. DEDUCTIONS | 32.71 | 309.61 |
|---|---|---|

| | GROSS | Pre-TAX DED | TAXES & DED | MISC DED | NET PAY | CURRENT NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 327.08 | 0.00 | 46.33 | 32.71 | 248.04 | 248.04 |
| Y-T-D | 10,203.21 | 0.00 | 1,526.98 | 309.61 | 8,366.62 | |

# The GIANT Company

Giant Food Store, LLC
PO Box 249
Carlisle, PA 17013
1-800-843-5343

CHECK NO: See
myadp.com
CHECK DATE: 10/07/2022
PERIOD START DATE: 09/25/2022
PERIOD END DATE: 10/01/2022

TRACY MACK
783 EDGEHILL ROAD
GLENSIDE, PA 19038

GLOBAL ID: AA01180605
HOURLY: 13.3500

|  | FED | STATE |
|---|---|---|
| TAX FILING STATUS: | S | S |
| EXEMPTIONS: | 0 | 0 |
| TAX ADJ: | 0.00 | 0.00 |

## PTO BALANCES - *Refer to accrual rules in PTO policy

| VACATION TIME AVAILABLE : 0.00 HOURS | SICK TIME AVAILABLE: N/A | PERSONAL TIME AVAILABLE: 0.00 HOURS |
|---|---|---|

## IMPORTANT MESSAGE

ARE YOU AWARE OF A LEGAL, REGULATORY, ETHICAL OR POLICY VIOLATION?
IF SO NOTIFY YOUR MGR, OR CONTACT THE SPEAK-UP-LINE@1-888-866-9203.

## HOURS AND EARNINGS

| LOC1 | JOB CODE | DEPT | DESCRIPTION | HOURS | RATE | GROSS | Y-T-D GROSS |
|---|---|---|---|---|---|---|---|
| | | | REGULAR PAY | 9.50 | 13.35 | 126.83 | 8,091.57 |
| | | | OVERTIME | 0.00 | 0.00 | 0.00 | 5.02 |
| | | | SUN STRAIGHT | 8.00 | 13.35 | 106.80 | 1,982.89 |
| | | | RETRO | 0.00 | 0.00 | 0.00 | 17.25 |
| | | | HOLIDAY OT | 0.00 | 0.00 | 0.00 | 63.14 |
| | | | HOL PREM 1.5 | 0.00 | 1.50 | 0.00 | 31.88 |
| | | | P/TIME PREMIUM | 0.00 | 0.00 | 0.00 | 12.13 |
| | | | HOL STRAIGHT | 0.00 | 0.00 | 0.00 | 232.96 |

## TAXES AND DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FICA-OASDI | 14.48 | 647.08 |
| FEDERAL W/H TAX | 0.00 | 325.02 |
| FICA-HI | 3.38 | 151.33 |
| PENNSYLVANIA | 7.17 | 320.42 |
| PA UNEMPLOYMENT | 0.14 | 6.26 |
| ABINGTON TWP MG | 2.34 | 104.38 |
| TOTAL TAX | 27.51 | 1,554.49 |

### MISC. DEDUCTIONS

| | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| GARNISH -WAGE | 23.36 | 322.97 |
| OPT/LST TAX | 0.00 | 10.00 |

| TOTAL HOURS & EARNINGS | 17.50 | 233.63 | 10,436.84 |
|---|---|---|---|

## PRE-TAX DEDUCTIONS

ITEMS BELOW DEDUCTED BEFORE FEDERAL TAXES MAY STILL BE SUBJECT TO STATE/LOCAL TAXES

| TOTAL PRE-TAX DEDUCTIONS | 0.00 | 0.00 |
|---|---|---|

## FEDERAL TAXABLE INCOME

| | 233.63 | 10436.84 |
|---|---|---|

## 401K COMPANY MATCH

| | 0.00 | 0.00 |
|---|---|---|

| TOTAL MISC. DEDUCTIONS | 23.36 | 332.97 |
|---|---|---|

| | GROSS | Pre-TAX DED | TAXES & DED | MISC DED | NET PAY | CURRENT NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 233.63 | 0.00 | 27.51 | 23.36 | 182.76 | 182.76 |
| Y-T-D | 10,436.84 | 0.00 | 1,554.49 | 332.97 | 8,549.38 | |