**Monarch Staffing**
110 BALTIMORE PIKE STE B
SPRINGFIELD, PA 19064

MACK, TRACY   XXX-XX-4166        WK: 08/22/2022 - 08/28/2022
783 EDGEHILL ROAD
GLENSIDE, PA   19038-

As of 2/9/2023 Current Vacation Hours: 0 and Current Sick Hours: 0

| Gross | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ELWYN | REGULAR PAY | R | 35.50 | $50.00 | $1775.00 |
| | | | | Gross | $1775.00 |

| Withholding | | | | Amount |
|---|---|---|---|---|
| | FICA DEDUCTION | FI | | $110.05 |
| | MEDICARE DEDUCTION | MD | | $25.74 |
| | FEDERAL WITHHOLDING DEDUCTION | FW | | $301.42 |
| | STATE WITHHOLDING DEDUCTION | SW | | $54.49 |
| | LOCAL WITHHOLDING | LW | | $17.75 |
| | SUTA | SUT | | $1.07 |
| | | | Withholding | $510.52 |

| Net Pay | | | | Amount |
|---|---|---|---|---|
| Check # 9022306 | NET PAY PAYMENT | NET | | $1264.48 |
| | | | Net Pay | $1264.48 |

Back to Checks

© 2023 - COATS Portal

2/2

**Monarch Staffing**
MONARCH STAFFING
110 BALTIMORE PIKE STE B
SPRINGFIELD, PA 19064

Check Date: 09/09/2022

MACK, TRACY    XXX-XX-4166    WK: 08/29/2022 - 09/04/2022
783 EDGEHILL ROAD
GLENSIDE, PA   19038-

As of 2/9/2023 Current Vacation Hours: 0 and Current Sick Hours: 0

| Gross | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ELWYN | REGULAR PAY | R | 30.50 | $50.00 | $1525.00 |
| | | | | Gross | $1525.00 |

| Withholding | | | | Amount |
|---|---|---|---|---|
| | FICA DEDUCTION | FI | | $94.55 |
| | MEDICARE DEDUCTION | MD | | $22.11 |
| | FEDERAL WITHHOLDING DEDUCTION | FW | | $246.42 |
| | STATE WITHHOLDING DEDUCTION | SW | | $46.82 |
| | LOCAL WITHHOLDING | LW | | $15.25 |
| | SUTA | SUT | | $0.91 |
| | | | Withholding | $426.06 |

| Net Pay | | | | Amount |
|---|---|---|---|---|
| Check # 9092307 | NET PAY PAYMENT | NET | | $1098.94 |
| | | | Net Pay | $1098.94 |

Back to Checks

© 2023 - COATS Portal

2/2

**Monarch Staffing**
MONARCH STAFFING
110 BALTIMORE PIKE STE B
SPRINGFIELD, PA 19064

Check Date: 09/16/2022

MACK, TRACY   XXX-XX-4166         WK: 09/05/2022 - 09/11/2022
783 EDGEHILL ROAD
GLENSIDE, PA  19038-

As of 2/9/2023 Current Vacation Hours: 0 and Current Sick Hours: 0

| Gross | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ELWYN | REGULAR PAY | R | 30.50 | $50.00 | $1525.00 |
| | | | | Gross | $1525.00 |

| Withholding | | | | Amount |
|---|---|---|---|---|
| | FICA DEDUCTION | FI | | $94.55 |
| | MEDICARE DEDUCTION | MD | | $22.11 |
| | FEDERAL WITHHOLDING DEDUCTION | FW | | $246.42 |
| | STATE WITHHOLDING DEDUCTION | SW | | $46.82 |
| | LOCAL WITHHOLDING | LW | | $15.25 |
| | SUTA | SUT | | $0.91 |
| | | | Withholding | $426.06 |

| Net Pay | | | Amount |
|---|---|---|---|
| Check # 9162306 | NET PAY PAYMENT | NET | $1098.94 |
| | | Net Pay | $1098.94 |

Back to Checks

© 2023 - COATS Portal

2/2

Monarch Staffing
110 BALTIMORE PIKE STE B
SPRINGFIELD, PA 19064

MACK, TRACY   XXX-XX-4166        WK: 09/19/2022 - 09/25/2022
783 EDGEHILL ROAD
GLENSIDE, PA   19038-

As of 2/9/2023 Current Vacation Hours: 0 and Current Sick Hours: 0

| Gross | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ELWYN | REGULAR PAY | R | 38.25 | $50.00 | $1912.50 |
| | | | | Gross | $1912.50 |

| Withholding | | | | Amount |
|---|---|---|---|---|
| | FICA DEDUCTION | FI | | $118.58 |
| | MEDICARE DEDUCTION | MD | | $27.73 |
| | FEDERAL WITHHOLDING DEDUCTION | FW | | $331.67 |
| | STATE WITHHOLDING DEDUCTION | SW | | $58.71 |
| | LOCAL WITHHOLDING | LW | | $19.13 |
| | SUTA | SUT | | $1.15 |
| | | | Withholding | $556.97 |

| Net Pay | | | | Amount |
|---|---|---|---|---|
| Check # 9302310 | NET PAY PAYMENT | NET | | $1355.53 |
| | | | Net Pay | $1355.53 |

Back to Checks

© 2023 - COATS Portal

2/2

**Monarch Staffing**
MONARCH STAFFING
110 BALTIMORE PIKE STE B
SPRINGFIELD, PA 19064

Check Date: 09/23/2022

MACK, TRACY    XXX-XX-4166    WK: 09/12/2022 - 09/18/2022
783 EDGEHILL ROAD
GLENSIDE, PA  19038-

As of 2/9/2023 Current Vacation Hours: 0 and Current Sick Hours: 0

| Gross | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ELWYN | REGULAR PAY | R | 40.00 | $50.00 | $2000.00 |
| | | | | Gross | $2000.00 |

| Withholding | | | | Amount |
|---|---|---|---|---|
| | FICA DEDUCTION | FI | | $124.00 |
| | MEDICARE DEDUCTION | MD | | $29.00 |
| | FEDERAL WITHHOLDING DEDUCTION | FW | | $351.68 |
| | STATE WITHHOLDING DEDUCTION | SW | | $61.40 |
| | LOCAL WITHHOLDING | LW | | $20.00 |
| | SUTA | SUT | | $1.20 |
| | | | Withholding | $587.28 |

| Net Pay | | | | Amount |
|---|---|---|---|---|
| Check # 9232307 | NET PAY PAYMENT | NET | | $1412.72 |
| | | | Net Pay | $1412.72 |

Back to Checks

© 2023 - COATS Portal