United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 22-12829-amc
Tracy Mack Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 1
Date Rcvd: Mar 31, 2023 Form ID: 175 Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tracy Mack, 783 Edge Hill Road, Glenside, PA 19038-3819 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2023      Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2023 at the address(es) listed below:

**Name**      **Email Address**

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

SHARON S. MASTERS
    on behalf of Debtor Tracy Mack shmasters@hotmail.com G65312@notify.cincompass.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Santander Consumer USA Inc. an assignee of Fifth Third Bank ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Tracy Mack
    Debtor(s)

Case No: 22−12829−amc
Chapter: 13

### NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed for failure to pay the final installment payment in the amount of $73.00

will be held before the Honorable Ashely M. Chan ,United States Bankruptcy Court

on: 4/19/23

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

For The Court

Timothy B. McGrath
Clerk of Court

Dated: March 31, 2023

53
Form 175