IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: TRACY MACK **Debtor(s)** )<br><br>SANTANDER CONSUMER USA INC.<br>AS ASSIGNEE OF FIFTH THIRD BANK<br>**Moving Party**<br><br>v.<br><br>TRACY MACK<br>**Respondent(s)**<br><br>SCOTT F. WATERMAN<br>**Trustee** | )<br>)<br>)  CHAPTER 13<br>)<br>)  Case No.: 22-12829 (AMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc., an assignee of Fifth Third Bank and the Debtor, in settlement of the Objection To Confirmation, and filed on or about May 8, 2023 in the above matter is APPROVED.

Dated:  May 10, 2023

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE