United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                      Case No. 22-12829-amc

Tracy Mack                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                    Page 1 of 3

Date Rcvd: Jul 19, 2023                     Form ID: pdf900                        Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tracy Mack, 783 Edge Hill Road, Glenside, PA 19038-3819 |
| nof | + | Arlene Jeter, 2219 Bond Avenue, Drexel Hill, PA 19026-1518 |
| 14731380 | + | AES/PHEAA 2012-1 FRN, POB 61047, Harrisburg, PA 17106-1047 |
| 14731382 | + | Community Capital Works, 111 S. Independence, Ste. 810, Philadelphia, PA 19106-2528 |
| 14731384 | | Dept of Ed/Nelnet, OB 82561, Lincoln, NE 68501 |
| 14731393 | + | Edward J. McKee, Stern & Eisenberg PC, 1581 Main St., Ste. 200, Warrington, PA 18976-3403 |
| 14731390 | + | Medical-Second Alarmers Rescue Squad, NTL Recovery Agency, 2491 Paxton St., Harrisburg, PA 17111-1036 |
| 14747937 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O Michael Farrington Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14731394 | + | Pamela Thurmond, City of Philadelphia Law Dept., 1401 JFK Blvd. 5th Fl, Philadelphia, PA 19102-1640 |
| 14731373 | + | Philadelphia FCU, 12800 Townsend Rd., Philadelphia, PA 19154-1095 |
| 14731378 | + | REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14740607 | + | Santander Consumer USA Inc, C/O WILLIAM EDWARD CRAIG, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3124 |
| 14731387 | + | Suntrust Bank, 2401 International, POB 7859, Madison, WI 53707-7859 |
| 14731389 | + | Trouvaille FCU, 4700 Wissahickon Ave., Ste. 126, Philadelphia, PA 19144-4248 |
| 14731379 | + | WILLIAM EDWARD CRAIG, Morton & Craig, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3125 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 20 2023 00:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14731374 | | Email/PDF: bncnotices@becket-lee.com | Jul 20 2023 00:41:56 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14731391 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 20 2023 00:31:09 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14734274 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 20 2023 00:31:09 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14731381 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 20 2023 00:31:00 | Comenity Capital Bank, POB 182120, Columbus, OH 43218-2120 |
| 14731383 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 20 2023 00:31:09 | Credit One Bank, POB 98872, Las Vegas, NV 89193-8872 |
| 14731376 | | Email/Text: bnc-quantum@quantum3group.com | Jul 20 2023 00:31:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14731385 | + | Email/PDF: pa_dc_claims@navient.com | Jul 20 2023 00:31:13 | Dept of Ed/Navient, 123 Justison St., 3rd Fl., Wilmington, DE 19801-5360 |
| 14731386 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 20 2023 00:41:22 | First Premier Bank, 3820 N. Louise Ave., Sioux Falls, SD 57107-0145 |
| 14759649 | + | Email/Text: blegal@phfa.org | Jul 20 2023 00:32:00 | PHFA, 211 North Front Street, Harrisburg, PA |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 19, 2023 | Form ID: pdf900 | Total Noticed: 35 |

| | | | | 17101-1466 |
|---|---|---|---|---|
| 14731392 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jul 20 2023 00:31:00 | PHH Mortgage Services, 1 Mortgage Way, Mt. Laurel, NJ 08054-4624 |
| 14730809 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 20 2023 00:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14731377 | + | Email/Text: blegal@phfa.org | Jul 20 2023 00:32:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14731375 | | Email/Text: bnc-quantum@quantum3group.com | Jul 20 2023 00:31:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14730524 | | Email/Text: bnc-quantum@quantum3group.com | Jul 20 2023 00:31:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14734851 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 20 2023 00:32:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 14731372 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 20 2023 00:32:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14740225 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 20 2023 00:32:00 | Santander Consumer USA Inc., an assignee of Fifth, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14731388 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 20 2023 00:41:24 | Syncb/Gap, POB 965005, Orlando, FL 32896-5005 |
| 14730452 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jul 20 2023 00:41:22 | U.S. Department of Housing and Urban Development, 100 Penn Square East, 11th Floor, Philadelphia, PA 19107-3380 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14731395 | | 2 |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Santander Consumer USA Inc., an assignee of Fifth, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14736001 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14731371 | *+ | U.S. Department of Housing and Urban Development, 100 Penn Square East 11th Floor, Philadelphia, PA 19107-3325 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2023                 Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0313-2                                     User: admin                                     Page 3 of 3
Date Rcvd: Jul 19, 2023                              Form ID: pdf900                                  Total Noticed: 35

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2023 at the address(es) listed below:**

**Name**                                    **Email Address**

DENISE ELIZABETH CARLON
                          on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
                          on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
                          ECFMail@ReadingCh13.com

SHARON S. MASTERS
                          on behalf of Debtor Tracy Mack shmasters@hotmail.com  G65312@notify.cincompass.com

United States Trustee
                          USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
                          on behalf of Creditor Santander Consumer USA Inc.  an assignee of Fifth Third Bank ecfmail@mortoncraig.com,
                          mortoncraigecf@gmail.com


TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                    Chapter 13

   Tracy Mack                             Bankruptcy No. 22-12829-AMC

              Debtor

ORDER DISMISSING CHAPTER 13 CASE

   AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

   IT IS FURTHER ORDERED that any wage order entered in this case is hereby
TERMINATED and the employer shall cease wage withholding immediately.

**Date: July 19, 2023**
                                          _____
                                          ASHELY M. CHAN
                                          U.S. BANKRUPTCY JUDGE