| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 22-12829-AMC**

Tracy Mack
783 Edge Hill Road
Glenside  PA    19038

Petition Filed Date: 10/21/2022
341 Hearing Date: 01/06/2023
Confirmation Date:

Case Status: Dismissed Before Confirmation on 7/19/2023

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/28/2022 | $430.00 | | 01/18/2023 | $451.40 | | 02/07/2023 | $451.40 | |
| 02/22/2023 | $451.40 | | 03/21/2023 | $452.00 | | 04/19/2023 | $452.00 | |
| 05/19/2023 | $452.00 | | 06/21/2023 | $452.00 | | | | |

**Total Receipts for the Period: $3,592.20    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,592.20**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | SHARON S MASTERS ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | US DEPARTMENT OF HUD »» 001 | Secured Creditors | $3,728.00 | $0.00 | $0.00 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR »» 002 | Unsecured Creditors | $278.90 | $0.00 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE »» 03P | Priority Crediors | $268.23 | $0.00 | $0.00 |
| 4 | PA DEPARTMENT OF REVENUE »» 03U | Unsecured Creditors | $37.35 | $0.00 | $0.00 |
| 5 | CAPITAL ONE BANK (USA) NA »» 004 | Unsecured Creditors | $2,704.19 | $0.00 | $0.00 |
| 6 | SANTANDER CONSUMER USA »» 005 | Secured Creditors | $7,890.07 | $910.00 | $0.00 |
| 7 | AMERICAN EXPRESS NATIONAL BANK »» 006 | Unsecured Creditors | $1,652.60 | $0.00 | $0.00 |
| 8 | PHILADELPHIA FEDERAL CREDIT U »» 007 | Unsecured Creditors | $4,292.74 | $0.00 | $0.00 |
| 9 | PHFA/HEMAP »» 008 | Mortgage Arrears | $37,422.51 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-12829-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,592.20 | Current Monthly Payment: | $1,074.00 |
| Paid to Claims: | $910.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $300.93 | Total Plan Base: | $61,928.20 |
| Funds on Hand: | $2,381.27 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.